# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Waco Division

FILED
May 22, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
          DEPUTY

Case No. **6:23-cv-00396**
)
)
)   *(to be filled in by the Clerk's Office)*
)

*Plaintiff(s)*
) Christopher Blackwell
*(Write the full name of each plaintiff who is filing this complaint.*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please*
)
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional*
)
*page with the full list of names.)*
-v-

) McLennan County
) Waco Police Dept.
) Abel Reyna
)
)
)
)
*Defendant(s)*

)
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ✓Yes  ☐ No

)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

| NOTICE |
|---|
| Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.<br><br>In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis. |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)    Page 1 of 6

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Blackwell
Address: 500 S. 4th St.
County: McLennan County
Telephone Number: (254) 447-9781
E-Mail Address: antwonblackwell9@gmail.com
City State Zip Code: Waco, Texas 76706

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name McLennan County
Job or Title (if known)
Address

City State Zip Code

County
Telephone Number
E-Mail Address (if known)

' Individual capacity ' Official capacity

Defendant No. 2
Name Waco Police Department
Job or Title (if known)
Address 3115 Pine Ave.

City State Zip Code
Waco Texas

County McLennan
Telephone Number (254) 750-7500
E-Mail Address (if known)

' Individual capacity ' Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Page 2 of 6

Defendant No. 3
Name Abel Reyna
Job or Title (if known) District Attorney
Address 219 N. 6th St. Suite 200

City State Zip Code
Waco, TX. 76701

County McLennan County
Telephone Number (254) 757-5084
E-Mail Address (if known)

' Individual capacity '(Official capacity)

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

                                                                    *City State Zip Code*

  County
  Telephone Number
  E-Mail Address *(if known)*

                    ' Individual capacity ' Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ' Federal officials (a *Bivens* claim)

  ✓ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendments: 4th, 5th, 8th, and 14th

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Five officers of the Waco Police Department did run me off the road and fire upon my vehicle 50 rounds while I was inside. They also shot me from behind with my hands up, their names are: Heather Rahnisen, Chris Kinlow, Ruston Thompson, Ann Tanporello, and Michael Fike. They are employed by the Waco Police department that is in Mclennan County making them liable due to the actions of their employees actor under the color of law to deprive me of my constitutional rights. Abel Reyna was the district attorney for Mclennan County and did charge and prosecute me for charges that had no evidence to sustain then. I served years of my life imprisoned fighting this cases until they were dismissed. Abel Reyna's actions also make Mclennan County liable for his actions under the color of law

**III. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Mclennan County

B. What date and approximate time did the events giving rise to your claim(s) occur?

4/10/2017  10:25 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was ran off the road by police, fifty rounds were fired at the scene by officers, no rounds were fired by me, I was shot with my hands up from behind. I was charged with agg. robbery without anyone claiming I took anything, I was charged with agg. assault on a peace officer who sustained no injury. Those bogus charges made my bond over $200,000. Those charges were dismissed after he serving years of my life

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)                     Page 4 of 6

**IV. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was shot from behind and went to the hospital to have bullets removed and wounds cleaned. I had to have the wounds cleaned and rebandaged at least once daily while incarcerated. I was receiving SSI benefits that were canceled due to incarceration which is loss of income. I also lost my: mother, father, sister, aunt and two uncles during my incarceration. Which is mental anguish.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I ask the court to grant 10 million dollars for actual damages, such as loss of income, or earning ability, pain and suffering, damage to relationship with children and spouse, mental anguish due to loss of life of family members while incarcerated. And 5 million in punitive damages for violation of my constitutional rights that were knowingly violated by state officials in their official capacities under the color of law.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, info and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, caus unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions h evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonabl opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related paper served. I understand that my failure to keep a current address on file with the Clerk's Office m in the dismissal of my case.

Date of signing: 5-16-23

Signature of Plaintiff

Printed Name of Plaintiff: Christopher Antwan Blackwell

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City        State        Zip Code

Telephone Number _____

E-mail Address _____

Christopher A. Blackwell
500 S. 4th Street
Waco, TX. 76706

RETURN FOR ADDITIONAL POSTAGE

Clerk, U.S. District Clerk
Western District of Texas
U.S. Courthouse
800 Franklin Avenue rm 380
Waco Texas 76701

RECEIVED

MAY 22 2023

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK